UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

PINCK & PINCK, LLP
1115 Clifton Avenue
Clifton, New Jersey 07013
Telephone: (973)779-6799
Facsimile: (973) 779-0067
Lawrence R. Pinck - LP6795
Attorneys for Debtors

In Re:

JUAN GOMEZ and
ANA R. GOMEZ

**FILED**
JAMES J. WALDRON, CLERK
OCT 22 2009
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 09-34741

Adv. No.: _____

Hearing Date: _____

Judge: Donald H. Steckroth

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

10/22/09

Upon consideration of the application of _____ Lawrence R. Pinck _____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on _____ Motion to Reinstate Case _____ is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _Oct. 28_, 20_09_ at _11:00 A_.m. in the United States Bankruptcy Court _50 Walnut Street, Newark, NJ_, Courtroom No. _3B_.

3. True copies of this order, the application for it, and the moving papers shall be served upon _Chapter 13 Trustee & Secured Creditors_ by:

- [x] fax,
- [x] email,
- [ ] regular mail,
- [x] overnight mail,
- [ ] hand delivery,

and within

- [x] _1_ day(s) of the date hereof, or
- [ ] on the same date as the order.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

5. Any objections to said motion/application:

    ❏    shall be filed and served so as to be received no later than _____

    ☒    may be presented at the hearing.

6.    ☒    Court appearances will be required to prosecute said motion/application and any objections.

    ❏    Any objector may appear by telephone at the hearing.

    ❏    The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.6/1/06.jml*